B6A (Official Form 6A) (12/07)

In re  **Grand Cay Harbour, Ltd.**                                    Case No.   **10-80204**
                                                                                (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 88.629 ACRE TRACT, Galveston County, Texas Being a net 88.629 acre tract or parcel of land out of the S. F. Austin Survey, Abstract No.4, Texas City, Galveston County, Texas, out of the Bay lake Investments, Ltd., Tract as recorded in Clerk's File No. 2004078480, and as corrected in Clerk's Rle No. 2005081882, both In the office of the County Clerk, Galveston County, Texas, said 88.629 net acres being the following described 134.631 acre tract or parcel of land, SAVE AND EXCEPT the 46.002 acres described below, the said 134.631 acre tract being more particularly described by metes and bounds as set forth on Attached Exhibit "A" | Fee Interest | | Unknown | $16,663,081.00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Grand Cay Harbour, Ltd.**                                      Case No.  **10-80204** _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Grand Cay Harbour, Ltd.**                                    Case No.   **10-80204**
                                                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Grand Cay Harbour, Ltd.**                                    Case No.   __10-80204_____
                                                                                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Grand Cay Harbour, Ltd.**                              Case No.   **10-80204** _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached     **Total >**     **$0.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Grand Cay Harbour, Ltd.**

Case No.  **10-80204**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bay Lake Investments, Ltd.**<br>**PO Box 167**<br>**Texas City, Texas 77592**<br>**att: Lyman S and Mary Ann Reed** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>Lien Subordinate to Wachovia Bank, NA<br>COLLATERAL:<br>88.629 ACRE TRACT, Galveston County, Texas<br>REMARKS:<br><br><br>VALUE:                              $0.00 | | | X | **$565,210.00** | **$565,210.00** |
| ACCT #:<br><br>**Priority Development, LP**<br>**111 North Post Oak Road**<br>**Houston, Texas 77055** | X | DATE INCURRED:  **March 23, 2006**<br>NATURE OF LIEN:<br>**Lien to Wachovia Bank, NA**<br>COLLATERAL:<br>88.629 ACRE TRACT, Galveston County, Texas<br>REMARKS:<br><br><br>VALUE:                              $0.00 | | | X | **$750,000.00** | **$750,000.00** |
| ACCT #:<br><br>**Wachovia Bank, National Association**<br>**816 Greenbrier Circle, Suite G**<br>**Chesapeake, VA 23320**<br>**Att: Real Estate Financial Services** | X | DATE INCURRED:  **March 23, 2006**<br>NATURE OF LIEN:<br>**Fee Interest**<br>COLLATERAL:<br>**88.629 Acre Parcel of Land**<br>REMARKS:<br><br><br>VALUE:                              $0.00 | X | X | X | **$11,297,117.00** | **$11,297,117.00** |
| **Representing:**<br>**Wachovia Bank, National Association** | | **Douglas E. Stewart**<br>**Winstead**<br>**1100 JPMorgan Chase Tower**<br>**600 Travis Street**<br>**Houston, Texas 77002** | | | | **Notice Only** | **Notice Only** |
| | | Subtotal (Total of this Page) > | | | | **$12,612,327.00** | **$12,612,327.00** |
| | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re  **Grand Cay Harbour, Ltd.**                                        Case No.   **10-80204**
                                                                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **Representing:** **Wachovia Bank, National Association** | | **Modern Modular Home Rental Corp.** **1518 Ash Meadow** **Houston, Texas 77090** **Attention: Joe Fogarty** | | | | **Notice Only** | **Notice Only** |
| **Representing:** **Wachovia Bank, National Association** | | **Westlawn Partnership, Ltd.** **2109 Branard** **Houston, TX 77098** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Wachovia Bank, National Association** **816 Greenbrier Circle, Suite G** **Chesapeake, VA 23320** **Att: Real Estate Financial Services** | X | DATE INCURRED: **August 27, 2007** NATURE OF LIEN: **Fee Interest** COLLATERAL: **88.629 Acre Parcel of Land** REMARKS:<br><br>VALUE:  **$0.00** | X | X | X | **$4,050,754.00** | **$4,050,754.00** |

Sheet no. \_\_\_1\_\_\_ of \_\_\_1\_\_\_ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$4,050,754.00** | **$4,050,754.00** |
| Total (Use only on last page) > | **$16,663,081.00** | **$16,663,081.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  **Grand Cay Harbour, Ltd.**                                    Case No.   **10-80204**
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Grand Cay Harbour, Ltd.**                              Case No.  **10-80204**
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Galveston County**<br>**C/O Tara L. Grundemeier**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**PO Box 3064**<br>**Houston, Texas 77253-3064** | | DATE INCURRED:<br>CONSIDERATION:<br>**Ad Valorem Tax**<br>REMARKS: | | | X | $28,737.37 | $28,737.37 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets        Subtotals (Totals of this page) >  | $28,737.37 | $28,737.37 | $0.00 |

attached to Schedule of Creditors Holding Priority Claims                Total >  | $28,737.37 | | |

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

                                                                     Totals >  | | $28,737.37 | $0.00 |

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Grand Cay Harbour, Ltd.**                                        Case No.   **10-80204**
                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Apache Eco Services**<br>**9921 Klappel Road**<br>**Tomball, Texas 77375** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$10,443.21** |
| ACCT #:<br>**Big State Excavation, Inc.**<br>**5123 Hiltonview Rd**<br>**Houston, TX 77086** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$604,611.08** |
| ACCT #:<br>**Bond Safeguard/Lexcom Insurance**<br>**256 Jackson Meadows Drive**<br>**Hermitaee, TN 37076** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and/or Services Provided**<br>REMARKS: | | | | **$116,802.00** |
| ACCT #:<br>**Coastal Surveying**<br>**P.O. BOX 877**<br>**GALVESTON, TX  77553** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$14,524.81** |
| ACCT #:<br>**KGAlDeForest Design, LLC**<br>**23501 Cinco Ranch Blvd., Suite A250**<br>**Katyl TX 77494-3116** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and/or Services Provided**<br>REMARKS: | | | | **$4,636.08** |
| ACCT #:<br>**Shelmark Engineering**<br>**8419 Emmett F Lowry Expy, Ste 120**<br>**Texas City, TX 77591** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$62,836.76** |
| | | | | Subtotal > | | **$813,853.94** |
| | | | | Total > | | **$813,853.94** |

_____ No _____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Grand Cay Harbour, Ltd.**                                       Case No.   __10-80204_____
                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **General Land Office** | Lease with GLO for Offrsite dredging areas at canal openings<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Grand Cay Harbour, Ltd.**                                    Case No. __10-80204_____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dollar Cay Development, Inc.**<br>3118 FM 528, No 115<br>Webster, Texas 77598 | **Wachovia Bank, National Association**<br>816 Greenbrier Circle, Suite G<br>Chesapeake, VA 23320<br>Att: Real Estate Financial Services |
| **Dollar Cay Development, Inc.**<br>3118 FM 528, No 115<br>Webster, Texas 77598 | **Wachovia Bank, National Association**<br>816 Greenbrier Circle, Suite G<br>Chesapeake, VA 23320<br>Att: Real Estate Financial Services |
| **Dollar Cay Development, Inc.**<br>3118 FM 528, No 115<br>Webster, Texas 77598 | **Priority Development, LP**<br>111 North Post Oak Road<br>Houston, Texas 77055 |
| **Dollar Cay Development, Inc.**<br>3118 FM 528, No 115<br>Webster, Texas 77598 | **Bay Lake Investments, Ltd.**<br>PO Box 167<br>Texas City, Texas 77592<br>att: Lyman S and Mary Ann Reed |
| **Joe and Nancy Fogarty**<br>1518 Ash Meadow<br>Houston, Texas 77090 | **Wachovia Bank, National Association**<br>816 Greenbrier Circle, Suite G<br>Chesapeake, VA 23320<br>Att: Real Estate Financial Services |
| **Joe and Nancy Fogarty**<br>1518 Ash Meadow<br>Houston, Texas 77090 | **Wachovia Bank, National Association**<br>816 Greenbrier Circle, Suite G<br>Chesapeake, VA 23320<br>Att: Real Estate Financial Services |
| **Joe Fogarty**<br>1518 Ash Meadow<br>Houston, Texas 77090 | **Priority Development, LP**<br>111 North Post Oak Road<br>Houston, Texas 77055 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Grand Cay Harbour, Ltd.**

Case No.   **10-80204**
                     (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tom and Mae Moughon**<br>3118 FM 528, No. 115<br>Webster, Texas 77598 | **Wachovia Bank, National Association**<br>816 Greenbrier Circle, Suite G<br>Chesapeake, VA 23320<br>Att: Real Estate Financial Services |
| **Tom and Mae Moughon**<br>3118 FM 528, No. 115<br>Webster, Texas 77598 | **Wachovia Bank, National Association**<br>816 Greenbrier Circle, Suite G<br>Chesapeake, VA 23320<br>Att: Real Estate Financial Services |
| **Tom Moughon**<br>3118 FM 528, No. 115<br>Webster, Texas 77598 | **Priority Development, LP**<br>111 North Post Oak Road<br>Houston, Texas 77055 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re  **Grand Cay Harbour, Ltd.**

Case No.    **10-80204**

Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $0.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $16,663,081.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $28,737.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $813,853.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 13 | $0.00 | $17,505,672.31 | |

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re  **Grand Cay Harbour, Ltd.**
Case No.  __10-80204_____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____*President of GP, Dollar Cay Dev, Inc.*_____ of the _____**Partnership**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**14**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date ___4/26/10___

Signature _____

Tom W. Moughon
*President of GP, Dollar Cay Dev, Inc.*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*